FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2022

No. 04-22-00410-CV

**ALL OCCUPANTS**,
Appellant

v.

**V&S TOTAL TRADE, LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV01033
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

Court reporter Kay Counseller filed an affidavit of no record in this appeal, as none was taken on the day the trial court signed the judgment being appealed from. However, the hearing that led to the trial court's final judgment was scheduled for May 20, 2022, and appears to have been held on May 27, 2022. We **order court reporter Kay Counseller to file the record of the hearing on May 27, 2022, (or an affidavit of no record for that date) within ten days of this order**.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court